UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ZERO POINT MGMT,

         Plaintiff,

  -against-

CHASE BANK/JP MORGAN CHASE CO.,

         Defendant.
------------------------------------------x

ORDER

25 Civ. 8413 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The initial pretrial conference, previously scheduled for November 12, 2025, is canceled in light of this Court's referral to Magistrate Judge Gary Stein for resolution of Defendant's non-dispositive letter motion, (ECF No. 7,) and general pretrial supervision.

Dated: October 21, 2025
   New York, New York

               SO ORDERED.

               *George B. Daniels*
               GEORGE B. DANIELS
               United States District Judge