**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
ZERO POINT MGMT, by and through trustee
MALCOLM BLAIR BOYCE,                          :

                            Plaintiff,        :           ORDER

        -against-                             :        25 Civ. 8413 (GBD) (GS)

                                              :
CHASE BANK/JP MORGAN CHASE CO.,               :

                            Defendant.        :

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Plaintiff Zero Point MGMT notified the Court that it will not be retaining counsel as required to proceed further with this action. (ECF No. 27.) The Clerk of Court is, therefore, respectfully directed to dismiss and close this case.

Dated: January 6, 2026
       New York, New York

                            SO ORDERED.

                            _____
                            GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE